1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

UNITED STATES OF AMERICA,                    )
                                             )
9                        Plaintiff,          )
                                             )
10            v.                             )          2:10-CR-530-PMP (GWF)
                                             )
11    RICHARD TRAVIS COOPER,                 )
                                             )
12    _____ Defendant.  )

13

**PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on February 23, 2011, defendant RICHARD TRAVIS COOPER pled

15    guilty to Count One of a Two-Count Criminal Indictment charging him with Unlawful Possession of

16    a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

17          This Court finds defendant RICHARD TRAVIS COOPER agreed to the forfeiture of the

18    property set forth in Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum.

19          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

20    America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

21    Criminal Indictment and the Plea Memorandum and the offense to which defendant RICHARD

22    TRAVIS COOPER pled guilty.

23          The following assets are subject to forfeiture pursuant to Title 18, Untied States Code, Section

24    924(d)(1) and Title 28, United States Code, Section 2461(c):

25                    a.      a Ruger, model superhawk, .44 magnum, serial number 552-22409;

26                    b.      a Markarov Model K-100 9mm pistol, serial number BD4696;

c.    a Ruger, model P94, 9mm pistol, serial number 308-18788; and

d.    any and all ammunition,

("Property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RICHARD TRAVIS COOPER in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

2

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5      DATED this ___ 7th day of March, 2011.

6

7

8

9  _____
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on March 4, 2011 by the below identified method of service:

Electronic Filing

Rene Valladares
Federal Public Defender
411 East Bonneville, Suite 250
Las Vegas, NV 89101
ECF_Vegas@fd.org
*Counsel for Richard Travis Cooper*

/s/ HeidiSkillin_____
HEIDI SKILLIN
Forfeiture Support Associate Clerk

4